```
                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                        Case No. 05-cr-135-01-PB

**Arjusz Roszkowski**


**O R D E R**

The government has moved to continue the October 4, 2005 trial in the above case, citing the need for additional time to allow the court to conduct a hearing and rule on two motions to suppress filed by defendant and to allow the government to provide further discovery requested by the defendant.  The defendant objects to a continuance of the trial date.

In order to allow the court sufficient time to rule on pending motions and for the parties to complete discovery and properly prepare for trial, the trial shall be continued from October 4, 2005 to November 1, 2005.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in

granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

    SO ORDERED.

                                        /s/Paul Barbadoro
                                        Paul Barbadoro
                                        United States District Judge

September 29, 2005

cc:   Mark Howard, AUSA
      Jeffrey Levin, Esq.
      United States Probation
      United States Marshal