UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE


**United States of America**

    **v.**                                Case No. 05-cr-135-01-PB

**Eric Roszkowski**


**RECUSAL ORDER**

Citizens Bank is a named victim of the offense charged against defendant and is on my recusal list.  Accordingly, I recuse myself and direct the clerk to assign the case to another judge.

SO ORDERED.

                                                  /s/Paul Barbadoro
                                                  Paul Barbadoro
                                                  United States District Judge

January 19, 2006

cc:  Mark Howard, AUSA
      Jeffrey Levin, Esq.
      Denis Linehan, USPO
      United States Marshal